

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2018

No. 04-18-00857-CV

**IN RE B.V.,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00239
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

The notification of late record filed by Delcine Benavides is hereby NOTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court